## GILMORE V. LITTLE, ET AL.

*Assumpsit.*

(Decided April 18, 1907.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.
No counsel marked for either party.
Per curiam.—Affirmed on certificate.